# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No.: 1:14-ML-2570-RLY-TAB |
| This Document Relates To: | Civil Action No. 1:20-cv-01774 |
| PIOTR LECH<br>        Plaintiff,<br>v.<br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br>        Defendants. | |

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT

Plaintiff Piotr Lech, by and through undersigned counsel, and pursuant to FRCP 25(a) and 15(a)(2) hereby move the Court to substitute Anna Lech, Administrator of the Estate of Piotr Lech, as Plaintiff by way of an Amended Short Form Complaint in the form attached hereto as Exhibit 1, and in support, states as follows:

1. Plaintiff Piotr Lech filed a Complaint against the Defendants relating to injuries sustained as a result of his Cook IVC Filter.

2. Plaintiff Piotr Lech passed away December 13, 2023.

3. Plaintiff's counsel recently learned of Mr. Lech's passing.

4. Anna Lech is the Administrator of the Estate of Piotr Lech.

5. Federal Rule of Civil Procedure 25(a)(1) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit 1, which substitutes Anna Lech, Administrator of the Estate of Piotr Lech, as Plaintiff.

7. The death certificate of Piotr Lech is attached as Exhibit A to the Amended Short Form Complaint.

8. The Suggestion of Death for Piotr Lech was filed on 12/18/2024.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit 1.

Dated: December 23, 2024

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com

*/s/ Robert J. Fenstersheib*
Robert J/ Fenstersheib
Fenstersheib Law Group P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
Phone: (952) 456-2488
rjf@fenstersheib.com

*Attorney(s) for Plaintiff*