# COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER 2023 0102610      DATE ISSUED 12/15/2023

| DECEDENT'S LEGAL NAME | | SEX | DATE OF DEATH |
|---|---|---|---|
| PIOTR WALDEMAR LECH | | MALE | DECEMBER 13, 2023 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| COOK | 56 YEARS | ■■■ |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| CHICAGO | COMMUNITY FIRST MEDICAL CENTER |

PLACE OF DEATH
EMERGENCY ROOM / OUTPATIENT

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| POLAND | ■■■ | DIVORCED FROM MARRIAGE | | NO |

| RESIDENCE | APT. NO | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| ■■■ | | CHICAGO | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| COOK | IL | 60634 | WACLAW LECH | APOLONIA OSZAJEC |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| ANNA LECH-MISZCZYK | SISTER | ■■■ |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| BURIAL | KOMUNALNY CEMETERY | DEBICA, POLAND | DECEMBER 30, 2023 |

FUNERAL HOME
SKAJA TERRACE FUNERAL HOME, 7812 N. MILWAUKEE AVENUE, NILES, IL, 60714

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| MARK JOSEPH CIOLEK | 034012344 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| KAREN A YARBROUGH | DECEMBER 14, 2023 |

| CAUSE OF DEATH | PART I. | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. MYOCARDIAL INFARCTION | Due to (or as a consequence of): | >1 DAYS |
| | b. | Due to (or as a consequence of): | |
| | c. | Due to (or as a consequence of): | |

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I

| WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

LOCATION OF INJURY

| DESCRIBE HOW INJURY OCCURRED: | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|
| | |

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| YES | DECEMBER 12, 2023 | YES | | 03:22 AM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| PHYSICIAN | DECEMBER 13, 2023 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| HARESH SAWLANI, 3445 N CENTRAL AVE, CHICAGO, ILLINOIS, 60634 | 036091782 |

2881130

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.



Karen A. Yarbrough
Cook County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE