**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL CASE NO. 1:14-ML-2570-RLY-TAB |
| PIOTR LECH<br>    Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br>    Defendants. | CASE NO. 1:20-cv-01774 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT**

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Piotr Lech and Motion to Substitute Plaintiff (Doc. _____). Plaintiff has requested that Anna Lech be substituted as Plaintiff of record on behalf of her deceased brother, Piotr Lech.

**IT IS ORDERED** that Plaintiff's motion (Doc. _____) is **GRANTED.** The Clerk of Court is directed to substitute Anna Lech as Plaintiff of record in Case No. 01774.

Dated this _____ day of _____ 2024.

**BY THE COURT**

_____

United States District Court Judge
